UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

No. 14 CR 04 (LAP)

LAMONT ROLLE,

ORDER

Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Lamont Rolle's motion [dkt. no. 50] requesting a reduction of his sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10.  The Government shall respond to Mr. Rolle's motion by March 8, 2024.  Mr. Rolle shall file any reply by March 29, 2024.

**SO ORDERED.**

Dated:      February 9, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge