AO 247 (SDNY Rev. 01/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act and 18 U.S.C. § 3582(c)(2)
Case 1:14-cr-00004-LAP    Document 56    Filed 04/14/25    Page 1 of 1

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

United States of America
v.
LAMONT ROLLE

Case No: 1:14CR00004-01 (LAP)
USM No: 69767-054

Date of Original Judgment: 11/18/2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jennifer Brown
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 162 months **is reduced to** 150 MONTHS PLUS 1 WEEK.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/18/2014 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/14/2025

*Judge's signature*

Effective Date: 04/21/2025
*(if different from order date)*

Loretta A. Preska, Senior U.S.D.J.
*Printed name and title*